UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIS-ALBRIGO AND TIFFANY TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>MOTTS, LLP AND KEURIG DR PEPPER INC.,<br><br>Defendants. | Case No.: 24-CV-148-GPC-AHG<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>**[ECF No. 7]** |

Defendants filed a Motion to Dismiss on February 26, 2024. ECF No. 7. Plaintiff filed an amended complaint on March 13, 2024. ECF No. 11. The Motion to Dismiss is **DENIED** as moot and the hearing set for April 19, 2024, is **VACATED**.

**IT IS SO ORDERED.**

Dated: March 15, 2024

*[signature]*

Hon. Gonzalo P. Curiel
United States District Judge