KENT J. SCHMIDT (SBN 195969)
schmidt.kent@dorsey.com
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

CREIGHTON R. MAGID (admitted *pro hac vice*)
magid.chip@dorsey.com
**DORSEY & WHITNEY LLP**
1401 New York Avenue NW, Suite 900
Washington, DC 20005
Telephone: (202) 442-3555
Facsimile: (202) 315-3852

Attorneys for Defendants
MOTTS, LLP and
KEURIG DR PEPPER INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIS-ALBRIGO and TIFFANY TAYLOR,<br><br>    Plaintiffs,<br><br>v.<br><br>MOTTS, LLP and KEURIG DR PEPPER INC.,<br><br>    Defendants. | CASE NO.: 3:24-CV-00148-GPC-AHG<br><br>Assigned to Hon. Gonzalo P. Curiel<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities and [Proposed] Order]<br><br>**HEARING**<br>Date: May 3, 2024<br>Time: 1:30 p.m.<br><br>Complaint filed: January 23, 2024<br>Trial Date: None Set |

///

///

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 3, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 2D of the above-entitled Court, located at 333 West Broadway, San Diego, California, Defendants Motts, LLP and Keurig Dr Pepper Inc. ("Defendants") will and hereby do move this Court for an order dismissing the Amended Complaint filed by Plaintiffs Laura Willis-Albrigo and Tiffany Taylor ("Plaintiffs") in the above-captioned action, in its entirety and with prejudice.

This Motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants seek dismissal of the Amended Complaint, with prejudice, on the grounds that the Amended Complaint fails to state a claim against Defendants upon which relief can be granted under Fed. R. Civ. P. 12(b)(6). This Motion is based upon the accompanying Memorandum of Points and Authorities, the files and evidence in this case, and such evidence and argument as may be proffered at the hearing of the Motion.

Dated: March 27, 2024					DORSEY & WHITNEY LLP

						By:  */s/ Kent J. Schmidt*
						       Kent J. Schmidt
						       Creighton R. Magid (*pro hac vice*)

						*Attorneys for* DEFENDANTS MOTTS, LLP AND KEURIG DR PEPPER INC.

# CERTIFICATE OF SERVICE
*Laura Willis-Albrigo and Tiffany Taylor v. Motts, LLP and Keurig Dr Pepper Inc.*
*Southern District of California Case Number 24-CV-00148-GPC-AHG*

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

All Case Participants are registered for the USDC CM/ECF System.

I hereby certify that on March 27, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of California by using the court's CM/ECF system. Participants in the case who are registered CM/ECF Users will be automatically served by the CM/ECF System.

Dated: March 27, 2024          DORSEY & WHITNEY LLP

                               By:   */s/ Kent J. Schmidt*
                                     Kent J. Schmidt